UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

———

FREDERICK BANKS,

        Plaintiff,        Case No. 1:17-cv-651

v.

        Honorable Paul L. Maloney

SOO SONG et al.,

        Defendants.
_____/

## **JUDGMENT**

In accordance with the Order issued this date:

IT IS ORDERED that the captioned case be and hereby is DISMISSED without prejudice. Plaintiff shall remain liable for payment of the $400.00 civil action filing fee.


Dated: September 27, 2017      /s/ Paul L. Maloney
                                            Paul L. Maloney
                                            United States District Judge